# EXHIBIT A

# (Submitted to Court Under Seal)