

*Priya K. Pasricha*
*Associate*
Direct (646) 539-3732
Fax (212) 655-3535
pkp@msf-law.com

**VIA ECF**

August 15, 2022

Hon. Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza South
Brooklyn, NY 11201

Re: *CFTC v. Yehuda L. Belsky and Y Trading LLC*, **1:18-cv-5408-NG-VMS**

Dear Judge Scanlon:

We write on behalf of our clients Yehuda Belsky and Y Trading LLC to respectfully request an adjournment of the status conference scheduled on August 25, 2022 to September 30, 2022. We have a six to eight week trial starting on August 24, 2022 in the Eastern District of New York in front of Judge Gonzalez. Due to the holiday schedule in late August and early September, the judge scheduled trial Monday through Friday for the beginning weeks of the trial. However, we anticipate that trial will not be held on Friday as the trial progresses.

Counsel for the Commodities Futures Trading Commission (Danielle Karst) do not oppose this adjournment and the newly requested date of September 30, 2022.

Respectfully submitted,

/S/PKP

Henry E. Mazurek
Priya K. Pasricha
*Counsel for Defendants Yehuda Belsky and*
*Y Trading LLC*

cc:    Counsel of record (*via ECF* and *email*)